IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAR' SHA HARRIS, | ) |
| PLAINTIFF, | ) |
| VS. | ) CASE ACTION NO.: 1:07-CV-781-MHT |
| | ) |
| MCLANE COMPANY, INC., | ) |
| BERKSHIRE HATHAWAY, INC. | ) **DEMAND FOR JURY TRIAL** |
| DEFENDANTS. | ) |

## COMPLAINT

(1)   That the Plaintiff, Mar' Sha Harris, is a resident of Houston County, Alabama and is over the age of nineteen (19) years.

(2)   That the Defendant, McLane Company, Inc., is a Texas corporation that does business in Houston County, Alabama and it has over five hundred (500) employees.

(3)   That the Defendant, Berkshire Hathaway, Inc., is a corporation that owns the Defendant, McLane Company, Inc.

(4)   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination and the Pregnancy Discrimination Act. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

## Employment Discrimination Claims

(5)    The acts of the Defendants that Plaintiff complains of in this suit concern the termination of Plaintiff's employment with the Defendant, McLane Company, Inc., on or about May 4, 2006.

(6)    On or about May 4, 2006, the Plaintiff, Mar' Sha Harris, was fired from her job at McLane Company, Inc.

(7)    The Defendants', McLane Company, Inc. and Berkshire Hathaway, Inc., conduct was discriminatory with respect to my race (black), sex (female) and pregnancy.

(8)    The Defendants', McLane Company, Inc. and Berkshire Hathaway, Inc., discriminated against me as a result of the following facts:

The Plaintiff is a married, black female. The Plaintiff was hired on December 21, 2005 by McLane Company, Inc. as a selector. McLane Company, Inc. is in Cottonwood, Alabama and it is a warehouse distribution center. The Plaintiff's job at McLane was to pull items listed on a price sticker form and put those items in a tote (basket). The Plaintiff then put the tote on a conveyer belt, which went to the trucks for delivery. In February of 2006, the Plaintiff became pregnant. On May 3, 2006, the Plaintiff had lower abdominal pain from lifting heavy items and totes on the 2nd floor of the distribution center. The 2nd floor is the heavy item floor with light items being on the 1st and 3rd floors of the Dothan distribution center. Selectors work on every floor at the distribution center. On May 4, 2006, the Plaintiff requested from Mr. Edward Garcia and Mr. K. O. O'Neil of Human Resources that they transfer the Plaintiff to either the 1st or the 3rd floor based on the Plaintiff's condition (pregnancy), Mr. Garcia and Mr. O'Neila denied Plaintiff's

request. McLane Company, Inc. had previously made such accommodations to white, pregnant employees of that company.

The Plaintiff had previously been to see her doctor, Dr. Scott Gilchrist, on April 17, 2006. At Plaintiff's request on May 3, 2006, Dr. Gilchrist gave the Plaintiff a May 3, 2006 work note which restricted the Plaintiff's work to no lifting of any items greater than 15 lbs. The Plaintiff took that work note to her supervisor, Mr. Edward Garcia, at the beginning of the Plaintiff's shift at 7:00 a.m. on May 4, 2006. At 7:30 a.m. on May 4, 2006, Mr. K. O. O'Neil of Human Resources of McLane Company, Inc. fired the Plaintiff from her job. The Plaintiff did not receive any paperwork from Mr. O'Neil which stated why McLane Company fired the Plaintiff from her job.

(9)    The above described illegal activity took place at the McLane Distribution Center located at 100 McLane Parkway, Cottonwood, Alabama 36320-5076.

(10)   The Plaintiff filed her charges with the Equal Employment Opportunity Commission regarding Defendants', McLane Company, Inc. and Berkshire Hathaway, Inc., discriminatory conduct on or about June 2, 2006. Attached is a copy of the Plaintiff's Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission on June 4, 2007.

WHEREFORE, based on the foregoing, the Plaintiff, Mar' Sha Harris, seeks the following relief: recovery of back pay; reinstatement to her former job; and any other relief that may be appropriate, including injunctive orders, damages, costs and attorney's fees.

This the 30th day of August, 2007.

_____
D. Lewis Terry, Jr. (TER010)
Attorney for the Plaintiff,
Mar' Sha Harris

**PLAINTIFF DEMANDS TRIAL BY A STRUCK JURY ON ALL CLAIMS**

_____
D. Lewis Terry, Jr.

OF COUNSEL:
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
(334) 678-0100
FAX (334 678-0900
E-mail – lewis@sjt-law.com

Serve Defendants with Summons and Complaint by Certified Mail at:

McLane Company, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

Berkshire Hathaway, Inc.
1440 Kiewit Plaza
Omaha, Nebraska 68131

EEOC Form 161 (3/98)     **U.S. E**\_\_**AL EMPLOYMENT OPPORTUNITY COMMIS**\_\_**N**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Mar'Sha Harris<br>60 Beaver Run Circle<br>Headland, AL 36345 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street, South<br>Birmingham, AL 35205 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2006-03035 | **Clarence O. Bell,**<br>**Enforcement Manager** | **(205) 212-2039** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_(signature)_     06/04/07

Enclosures(s)     Delner Franklin-Thomas,     *(Date Mailed)*
District Director

cc: MCLANE COMPANY, INC
100 Mclane Parkway
Cottonwood, AL 36320

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000260
Cashier ID: khaynes
Transaction Date: 08/30/2007
Payer Name: SHERRER JONES AND TERRY PC
-----------------------------------
CIVIL FILING FEE
 For: SHERRER JONES AND TERRY PC
 Case/Party: D-ALM-1-07-CV-000781-001
 Amount:         $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 2774
 Amt Tendered:   $350.00
-----------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00
```

MAR'SHA HARRIS V. MCLANE COMPANY, INC. ET AL

1:07-cv-781-MHT-CSC