IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |  |
|---|---|---|
| MAR'SHA HARRIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:07cv781-MHT |
| | ) | |
| McCLANE COMPANY, INC., and | ) | |
| BERKSHIRE HATHAWAY, INC., | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER**

Because nothing has happened in this case since it was filed on August 30, 2007, it is ORDERED that plaintiff show cause, if any there be, in writing by May 12, 2008, as to why this cause should not be dismissed without prejudice for want of prosecution. Plaintiff is informed that if she fails to respond within the time allowed, the court will assume that she no longer desires to pursue this case and it will be dismissed without prejudice.

DONE, this the 29th day of April, 2008.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE