IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MAR'SHA HARRIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-781-MHT |
| | ) |
| **McCLANE COMPANY, INC., and** | ) |
| **BERKSHIRE HATHAWAY, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Plaintiff in the above-styled cause, and respectfully request a forty-two (42) day extension through and until June 23, 2008, in which to file their Show Cause Response with this court, and as grounds therefore state as follows:

1. The lawyer who filed this case died unexpectedly February 4, 2008.

2. Plaintiff's Show Cause Response is currently due in this case on May 12, 2008.

2. The undersigned has just recently been made aware of this case and has been unable to contact the Plaintiff regarding same as of today. Continuing efforts are being made to contact Plaintiff and upon doing so assess the viability of this case.

3. That the undersigned needs more time to meet with the Plaintiff and evaluate this case.

WHEREFORE, Plaintiff respectfully request a forty-two (42) day extension through and until June 23, 2008, in which to file their Show Cause Response in this case.

Dated this 12th day of May, 2008.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER
Bar Number: SHE016
Attorney for Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Motion for Extension of Time upon:

| | |
|---|---|
| McLane Company, Inc. | Berkshire Hathaway, Inc. |
| C/O The Corporation Company | 1440 Kiewit Plaza |
| 2000 Interstate Park Drive, Suite 204 | Omaha, Nebraska, 68131 |
| Montgomery, Alabama 36109 | |

by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 12th day of May, 2008.

**s/Gary C. Sherrer**
OF COUNSEL