IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MAR'SHA HARRIS,              )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      1:07cv781-MHT
                             )
McCLANE COMPANY, INC., and   )
BERKSHIRE HATHAWAY, INC.,    )
                             )
    Defendants.              )
```

ORDER

It is ORDERED as follows:

(1) Plaintiff's motion for extension of time (doc. no. 3) is granted.

(2) Plaintiff is allowed until June 23, 2008, to respond to the show-cause order (doc. no. 2).

DONE, this the 14th day of May, 2008.

                                             /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE