IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MAR'SHA HARRIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-781-MHT |
| | ) |
| **McLANE COMPANY, INC., and** | ) |
| **BERKSHIRE HATHAWAY, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

**MOTION FOR EXTENSION OF TIME**

COMES NOW, Plaintiff in the above-styled cause, and respectfully request a ten (10) day extension through and until July 3, 2008, in which to file their Show Cause Response with this court, and as grounds therefore state as follows:

1. Plaintiff's Show Cause Response is currently due in this case on June 23, 2008.

2. The undersigned has been unable to locate the Plaintiff by telephone or via U.S. Mail. The undersigned's staff has made every reasonable effort to locate the Plaintiff including calling all contact telephone numbers listed in the Plaintiff's file, as maintained by the late D. Lewis Terry, Jr., and by use of the internet white pages and the calling of every Mar'Sha Harris listed in the state of Alabama, including variations of her name to no avail.

3. The undersigned has attempted to reach the Plaintiff at her last known address only to have the letter returned with the notation, "Does not live at this address".

4. The undersigned requests the additional extension in order to send one last letter by certified mail return receipt requested to the Plaintiff with all enclosures for Plaintiff's review.

WHEREFORE, Plaintiff respectfully request a ten (10) day extension through and until July 3, 2008, in which to file their Show Cause Response in this case.

Dated this 23rd day of June, 2008.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER
Bar Number: SHE016
Attorney for Plaintiff

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

**CERTIFICATE OF SERVICE**

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Motion for Extension of Time upon:

McLane Company, Inc.          Berkshire Hathaway, Inc.
100 McLane Parkway            1440 Kiewit Plaza
Cottonwood, Alabama 36320-5076   Omaha, Nebraska 68131

by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 23rd day of June, 2008.

**s/Gary C. Sherrer**
OF COUNSEL