IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MAR'SHA HARRIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:07cv781-MHT |
| | ) | |
| McCLANE COMPANY, INC., and | ) | |
| BERKSHIRE HATHAWAY, INC., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that plaintiff's motion for extension of time (doc. no. 5) is granted.

DONE, this the 25th day of June, 2008.

                               /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**