**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **MAR'SHA HARRIS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO: 1:07-CV-781-MHT** |
| | ) |
| **McLANE COMPANY, INC., and** | ) |
| **BERKSHIRE HATHAWAY, INC.,** | ) |
| | ) |
|     **Defendants.** | ) |

**MOTION FOR EXTENSION**

COMES NOW, Plaintiff in the above-styled cause, and respectfully request a twenty-one (21) day extension through and until July 24, 2008, in which to file their Show Cause Response with this court, and as grounds therefore state as follows:

1. Plaintiff's Show Cause Response is currently due in this case on July 3, 2008.

2. That the undersigned has heretofore been unable to locate the plaintiff.

3. That the undersigned's staff has made every reasonable effort to locate the Plaintiff including calling all contact telephone numbers listed in the Plaintiff's file as maintained by the late D. Lewis Terry, Jr., the use of the internet white pages and the calling of every Mar'Sha Harris listed in the state of Alabama including variations of her name to no avail.

4. That the undersigned has attempted to reach the Plaintiff at her last known address only to have the letter returned with the notation, "Does not live at this address".

5.	On June 23, 2008 the undersigned sent another letter to plaintiff's last known address and today, July 3, 2008, the green return receipt card was received in this office showing that the plaintiff actually received the letter yesterday, July 2, 2008.  A copy of said letter is attached to this motion as Exhibit A and is incorporated by reference as if fully set forth.

6.	The undersigned has not, as of yet, heard from the plaintiff.

WHEREFORE, the undersigned requests a twenty-one (21) day extension through and until July 24, 2008, in which to respond to this Court's show cause order to allow every opportunity for the undersigned to meet with and assess this case with plaintiff

Dated this 3rd day of July, 2008.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER
Bar Number: SHE016
Attorney for Mar'Sha Harris

OF COUNSEL
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

## CERTIFICATE OF SERVICE

I Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Response to Show Cause Order upon:

| | |
|---|---|
| McLane Company, Inc. | Berkshire Hathaway, Inc. |
| 100 McLane Parkway | 1440 Kiewit Plaza |
| Cottonwood, Alabama 36320-5076 | Omaha, Nebraska 68131 |

s/Gary C. Sherrer
OF COUNSEL

# SHERRER, JONES & TERRY, P.C.
## ATTORNEYS AT LAW
335 WEST MAIN STREET
DOTHAN, ALABAMA 36301
(334) 678-0100

GARY C. SHERRER
PATRICK B. JONES III
D. LEWIS TERRY, JR.

FACSIMILE
(334) 678-0900

REPLY TO:
POST OFFICE BOX 805
DOTHAN, ALABAMA 36302

EMAIL:
gary@sherrerjones.com

June 23, 2008

*via U.S. Mail Certified - Return Receipt*

Mar'Sha Harris
60 Beaver Run Circle
Headland, Alabama 36345

Re:   Mar'Sha Harris v. McLane Company, Inc. and Berkshire Hathaway, Inc.
      Civil Action No.:   1:07-CV-781-MHT

Dear Ms. Harris:

I have been trying to reach you to discuss your case. My assistant has attempted to reach you on the last telephone numbers listed in Mr. Terry's file for you. One number was disconnected and the other number appeared to be a cellular telephone. Multiple messages have been left at the cellular telephone number with no response. It is imperative that I speak with you at the earliest convenience with regard to your case against McLane Company, Inc.

Enclosed please find a copy of the Order, signed by Judge Myron Thompson on April 29, 2008, ordering the Plaintiff to Show Cause in writing by May 12, 2008, why this case should not be dismissed. I filed a forty-two (42) day Motion for Extension on your behalf on May 12, 2008 as I need to meet with you regarding same. A copy of the Motion is enclosed for your records as well as the Order granting our extension. I have filed another extension in the hopes of being able to locate you. A copy of the second Motion for Extension is enclosed for your convenience.

Please call me at the number listed above, upon your receipt of this letter to schedule an appointment to determine how you wish to proceed with this matter. Again, it is imperative that I hear from you soon if you would like to go forward with this lawsuit. If I do not hear from you, the Court will dismiss your case.



EXHIBIT
A

1P 5.49 (Certified) R cus

June 23, 2008
Page 2

    I look forward to hearing from you soon.

                            Very Truly Yours,

                            Gary C. Sherrer

GCS/mje

Enclosures



G:\GCS\A-LETTERS\LEWIS CLIENTS\Mar'Sha Harris2.wpd

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Mai'Sha Har____ ☐ Agent ☒ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>_Mai'Sha Har____ |
| 1. Article Addressed to:<br><br>Mai'Sha Harris<br>60 Beaver Run Circle<br>Headland, AL 36345 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 3110 0003 0160 0221 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540