IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MAR'SHA HARRIS,              )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      1:07cv781-MHT
                             )
McCLANE COMPANY, INC., and   )
BERKSHIRE HATHAWAY, INC.,    )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that plaintiff's motion for extension of time (doc. no. 7) is granted.

DONE, this the 8th day of July, 2008.

　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE