**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MAR'SHA HARRIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO: 1:07-CV-781-MHT |
| | ) |
| McLANE COMPANY, INC., and | ) |
| BERKSHIRE HATHAWAY, INC., | ) |
| | ) |
|     Defendants. | ) |

## RESPONSE TO SHOW CAUSE ORDER

COMES NOW, GARY C. SHERRER on behalf of the now deceased D. Lewis Terry, Jr., in the above styled cause, and in response to the Order of this Court dated April 19, 2008, requiring the Plaintiff named herein to "show cause as to why this cause should not be dismissed without prejudice for want of prosecution" and shows unto the Court as follows:

1. The undersigned has heretofore been unable to locate the plaintiff after additional efforts, located the plaintiff.

2. The undersigned's staff has made every reasonable effort to locate the Plaintiff including calling all contact telephone numbers listed in the Plaintiff's file as maintained by the late D. Lewis Terry, Jr., the use of the internet white pages and the calling of every Mar'Sha Harris listed in the state of Alabama including variations of her name to no avail.

3. On May 19, 2008 the undersigned sent a letter to plaintiff's last known address only to have the letter returned with the notation, "Does not live at this address".

4. On June 23, 2008 the undersigned sent another letter to plaintiff's last known address by certified return receipt requested.

5. On July 3, 2008, the green return receipt card was received in this office showing that the plaintiff actually received the second letter on July 2, 2008. The plaintiff did not contact the undersigned in response to same.

6. On July 17, 2008 the undersigned sent another letter to plaintiff's last known address and as of today, July 24, 2008, the undersigned has not heard from the plaintiff.

Dated this 24th day of July, 2008.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER
Bar Number: SHE016
Attorney for Mar'Sha Harris

OF COUNSEL
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

**CERTIFICATE OF SERVICE**

I Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Response to Show Cause Order upon:

| | |
|---|---|
| McLane Company, Inc. | Berkshire Hathaway, Inc. |
| 100 McLane Parkway | 1440 Kiewit Plaza |
| Cottonwood, Alabama 36320-5076 | Omaha, Nebraska 68131 |

s/Gary C. Sherrer
OF COUNSEL