IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MAR'SHA HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:07cv781-MHT |
| | ) | (WO) |
| McLANE COMPANY, INC., and | ) | |
| BERKSHIRE HATHAWAY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

In this lawsuit plaintiff Mar'Sha Harris charges defendants McLane Company, Inc. and Berkshire Hathaway, Inc. with employment discrimination in violation of various federal laws. The issue before the court is whether this lawsuit should be dismissed without prejudice for want of prosecution.

Harris filed this lawsuit on August 30, 2007. However, since then, she has not taken any further action in this case. On April 29, 2008, this court issued an order requiring that Harris "show cause, if any there be,

in writing ... as to why this cause should not be dismissed without prejudice for want of prosecution." The record now reflects that Harris's attorney has worked diligently and thoroughly to locate her, but to no avail. It is therefore unambiguously apparent that Harris has abandoned her lawsuit.

Harris's lawsuit is therefore due to be dismissed without prejudice.  See Link v. Wabash R.R. Co., 370 U. S. 626, 630-33 (1962) ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.").

An appropriate judgment will be entered.

DONE, this the 28th day of July, 2008.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE