IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MAR'SHA HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:07cv781-MHT |
| ) | (WO) |
| McLANE COMPANY, INC., and ) | |
| BERKSHIRE HATHAWAY, INC., ) | |
| ) | |
| Defendants. ) | |

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed without prejudice for want of prosecution.

It is further ORDERED that costs are taxed against plaintiff Mar'Sha Harris, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of July, 2008.

       /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE